AMERICAN JEWISH CONGRESS; Eve Slaff; Alan Sieroty; Devera Lurie Waldman; Charles Waldman, Plaintiffs–Appellants,

v.

CITY OF BEVERLY HILLS; Allan L. Alexander, Mayor; Bernard J. Hecht; Robert K. Tanenbaum; Maxwell H. Salter; Vicki Reynolds, Defendants–Appellees,

Chabad of California, Inc., Defendant–Intervenor–Appellee.

No. 93–55085.

United States Court of Appeals, Ninth Circuit.

Jan. 16, 1996.

*ORDER*

Before: WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.